UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GENA LOVETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25 CV 1400 CDP |
| | ) | |
| FARMERS INSURANCE COMPANY, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Presently before the Court is defendant's motion to exclude expert testimony on causation and future medical treatment by plaintiff's treating physicians for plaintiff's failure to identify any expert witnesses and their reports or other information required by Fed. R. Civ. P. 26(a)(2), as required by this Court's Case Management Orders.[1] Plaintiff has not responded to the motion, and the time to do so has passed.

As it is uncontested that plaintiff did not provide the information required by

[1] In its motion, defendant avers that plaintiff's identification of experts and their reports or other information was due by the CMO deadline of April 3, 2026. In an Amended CMO entered April 8, however, that deadline was extended to May 1, 2026. (ECF 24.) Regardless, defendant avers that plaintiff never provided the required information. Although in its answers to interrogatories, defendant identified three treating physicians that it said it "may" call to testify as to plaintiff's "mental and physical condition, medical causation, diagnosis and prognosis and the reasonableness and necessity of past and future medical treatment" (ECF 33-1 at p. 3), this disclosure is not sufficient under Rule 26(a)(2).

Rule 26(a) and the Court's CMOs, I will grant defendant's motion to exclude. Accordingly, the identified physicians – Ravindra Shhitut, MD; William J. Kemp, MD; and Thomas C. Schuler, MD – and any other medical witness will not be allowed to offer opinions at trial on the cause of plaintiff's injuries or on any need for future medical treatment.

Accordingly,

**IT IS HEREBY ORDERED** defendant Farmer Insurance Company, Inc.'s Motion to Exclude Testimony [33] is **GRANTED**.

Catherine D Perry
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of October, 2026.